No. 656. INGRAM-RICHARDSON MANUFACTURING Co. *v.* DEPARTMENT OF TREASURY OF INDIANA ET AL. February 3, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Earl B. Barnes, Alan W. Boyd,* and *Charles M. Wells* for petitioner. *Messrs. Samuel D. Jackson,* Attorney General of Indiana, *Joseph W. Hutchinson,* and *Joseph P. McNamara* for respondents.

No. 649. ALLIED BRIDGE & CONSTRUCTION Co. *v.* DANVILLE SANITARY DISTRICT. February 3, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles P. R. Macaulay* for petitioner. *Mr. Paul F. Jones* for respondent.

No. 660. BURLEY IRRIGATION DISTRICT *v.* ICKES, SECRETARY OF THE INTERIOR. February 3, 1941. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. E. Barrett Prettyman, F. G. Awalt, Raymond Sparks,* and *S. T. Lowe* for petitioner. *Solicitor General Biddle* for respondent.

No. 665. WIELAND *v.* PAGE. February 3, 1941. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Mr. Charles Auerbach* for petitioner. *Mr. George Q. Keeley* for respondent.

No. 669. PEERLESS EQUIPMENT Co. *v.* W. H. MINER, INC. February 3, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit